JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL J. D.[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O' MALLEY,[2] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-08562-DTB <br><br><br> **J U D G M E N T** |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this action. Fed. R. Civ. P. 25(d).

1

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: September 20, 2024

_____
DAVID T. BRISTOW
United States Magistrate Judge